[No. 6854-1-II.   Division Two.   March 7, 1985.]

THE STATE OF WASHINGTON, *Respondent,* v. WALTER W. HUBLEY, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 82-1-01116-1, Arthur W. Verharen, J., entered January 7, 1983. *Affirmed* by unpublished opinion per Petrich, J., concurred in by Reed, A.C.J., and Alexander, J.